**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| UNITED BLOWER, INC. | : | No. 446 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| LYCOMING COUNTY WATER AND | : | |
| SEWER AUTHORITY G.M. MCCROSSIN, | : | |
| INC. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LYCOMING COUNTY WATER AND | : | |
| SEWER AUTHORITY | : | |
| | : | |
| | : | |
| PETITION OF: LYCOMING COUNTY | : | |
| WATER AND SEWER AUTHORITY | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Did the Commonwealth Court err as a matter of law in affirming the trial court's calculation of the "cost" of steel products pursuant to the Steel Products Procurement Act, 73 P.S. § 1886, that requires "75% of the cost of the articles, materials and supplies [of a steel product to] have been mined, produced or manufactured" in the United States?